FILED

NOT FOR PUBLICATION

JUN 24 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES; NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JANE L. COTTRELL, in her official capacity as acting Regional Forester; UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, <br><br> Defendants - Appellees. | No. 09-35756 <br><br> D.C. No. 9:09-cv-00107-DWM <br><br> O R D E R* |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Argued and Submitted February 2, 2010

Seattle, Washington

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Before: W. FLETCHER and RAWLINSON, Circuit Judges, and MOSMAN,[**] District Judge.

We reverse the order of the district court denying Plaintiffs-Appellants' motion for a preliminary injunction.

We remand this action to the District Court for the District of Montana, with direction to enter a preliminary injunction ordering Defendants forthwith to cease implementation of the Rat Creek Salvage Project.

An opinion will follow in due course.

---

[**] Hon. Michael W. Mosman, United States District Judge for District of Oregon sitting by designation.